# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:24-06100-AH (KSx) | Date  February 18, 2025 |
| Title  Remet Alcohols, Inc. v. Valley of the Sun Cosmetics, LLC | |

Present: The Honorable  Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE**

A Scheduling Conference in this action is set for February 26, 2025. *See* Order Setting Scheduling Conference, Dkt. No. 35. Pursuant to that Order, the parties were to confer on a discovery plan at least twenty-one days before the Scheduling Conference. *Id.* at 2; *see also* Fed. R. Civ. P. 26(f)(1). In addition, the parties were to file a Joint Rule 26(f) Report "not later than fourteen (14) days before the Scheduling Conference." Dkt. No. 35 at 3. Thus, the parties were due to meet and confer no later than February 5, 2025, and a Joint Report was due February 12, 2025. The Court's Order also cautioned that "failure to timely submit a Joint Rule 26(f) Report or to attend the Scheduling Conference may result in dismissal of the action, striking of the answer and entry default, and/or imposition of sanctions." *Id.* at 7.

On February 12, 2025, Plaintiff Remet Alcohols, Inc. ("Plaintiff") filed a non-joint Rule 26(f) Report and Proposed Discovery Plan. *See* Dkt. No. 36. Within Plaintiff's Rule 26(f) Report, Plaintiff indicates that Defendant Valley of the Sun Cosmetics, LLC ("Defendant") failed to meet and confer with Plaintiff regarding preparation of the Joint Rule 26(f) Report. *See id.* at 2–3, Ex. A. Accordingly, the Scheduling Conference scheduled for February 26, 2025, is **CONTINUED to March 26, 2025 at 1:30 p.m.**

Furthermore, the Court **ORDERS Defendant TO SHOW CAUSE**, in writing, by **February 26, 2025**: (1) why Defendant has not complied with the Court's Order or the Federal Rules of Civil Procedure; and (2) why the Court should not sanction Defendant for noncompliance.

The Court further **ORDERS** the parties to meet and confer within seven days of this Order, to initiate the preparation of the Joint Rule 26(f) Report. The parties shall file the Joint Rule 26(f) Report no later than **Wednesday, February 26, 2025**.

Failure to submit a Joint Rule 26(f) Report as ordered may result in the striking of Defendant's answer and entering default or the imposition of sanctions.

**IT IS SO ORDERED.**