UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-06100-AH (KSx) | Date | February 28, 2025 |
|---|---|---|---|
| Title | *Remet Alcohols, Inc. v. Valley of the Sun Cosmetics, LLC, et al.* | | |

Present: The Honorable    Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE**

On February 18, 2025, the Court issued an Order to Show Cause to Defendant Valley of the Sun Cosmetics, LLC for its failure to comply with the Court's Standing Order and the Federal Rules of Civil Procedure.  *See* Dkt. No. 37. Specifically, Defendant failed to participate in the parties' Joint Rule 26(f) Report. *See* Dkt. No. 36.  The Court thus ordered Defendant to show cause, in writing, by February 26, 2025, "(1) why Defendant has not complied with the Court's Order or the Federal Rules of Civil Procedure; and (2) why the Court should not sanction Defendant for noncompliance."  Dkt. No. 37 at 2.  The Court also ordered the parties to jointly prepare the Rule 26(f) Report by that date.  *Id.*

The parties filed a Joint Rule 26(f) Report by the deadline, *see* Dkt. No. 38, but Defendant failed to separately respond, in writing, to the Court's Order. Accordingly, the Court **ORDERS Defendant TO SHOW CAUSE**, in writing, why sanctions in the amount of $500 should not issue for failure to comply with the Court's Order.  Defendant shall respond by **March 5, 2025**.  Failure to timely and adequately respond will result in the imposition of $500 in monetary sanctions.

**IT IS SO ORDERED.**