# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| REMET ALCOHOLS, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>VALLEY OF THE SUN COSMETICS, LLC, a California limited liability company; and AJMAL SHEHZAD, an individual.<br><br>        Defendants. | Case No. 2:24-cv-06100-JC<br><br>**ORDER APPROVING/ GRANTING STIPULATION FOR PROTECTIVE ORDER** |

1

82518962;1

1    Pursuant to the Stipulation of the Parties, and good cause being shown
2 thereby, the Stipulation for Protective Order is approved/granted.
3    **IT IS SO ORDERED.**
4 DATED:  July 31, 2025

_____
Honorable Jacqueline Chooljian
United States Magistrate Judge

2

82518962;1