UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-06100-AH-KSx | Date | February 26, 2026 |
| Title | *Remet Alcohols, Inc. v. Valley of the Sun Cosmetics, LLC* | | |

Present: The Honorable   Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE AND ORDER RE STATUS REPORTS**

The Court held a scheduling conference on February 26, 2026. The Court had ordered the parties to submit a joint Rule 26(f) report at least one week before the scheduling conference. Dkt. No. 88. Counsel for Defendant Ajmal Shehzad ("Defendant") did not participate in the Rule 26(f) report and did not appear at the scheduling conference.

Defendant is ordered to show cause, in writing, within **fourteen (14) days** of the date of this order why sanctions should not be imposed for failure to comply with the Court's order and failure to appear at the scheduling conference. Failure to timely and adequately respond will result in the imposition of $500 in monetary sanctions.

Additionally, as indicated during the scheduling conference, the Court orders the parties to submit status reports every three months regarding the bankruptcy proceeding.

**IT IS SO ORDERED.**